AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Quanisha Barfield | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **23-22449-CIV-GAYLES** |
| | ) | |
| Affirm, Inc.; Healthcare Revenue Recovery Group, LLC dba | ) | |
| Account Resolution Services; TD Bank USA, N.A. Opportunity | ) | |
| Financial, LLC; Equifax Information Services, LLC; Experian | ) | |
| Information Solutions, Inc.; and TransUnion, LLC | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Affirm, Inc.
c/o CT Corporation System
1200 South Pine Island Rd.
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Trescot Gear
Mailing address:
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ J. Conway*

Deputy Clerk
U.S. District Courts

Date:   Jun 30, 2023
_____

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Quanisha Barfield | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. **23-22449-CIV-GAYLES** |
| Affirm, Inc.; Healthcare Revenue Recovery Group, LLC dba Account Resolution Services; TD Bank USA, N.A. Opportunity Financial, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC | ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Healthcare Revenue Recovery Group, LLC dba Account Resolution Services
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Fl 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Trescot Gear
Mailing address:
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

_s/ J. Conway_

Deputy Clerk
U.S. District Courts

Date:  Jun 30, 2023

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Quanisha Barfield<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Affirm, Inc.; Healthcare Revenue Recovery Group, LLC dba<br>Account Resolution Services; TD Bank USA, N.A. Opportunity<br>Financial, LLC; Equifax Information Services, LLC; Experian<br>Information Solutions, Inc.; and TransUnion, LLC<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **23-22449-CIV-GAYLES**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Opportunity Financial, LLC
c/o Cogency Globabl Inc.
115 North Calhoun Street, Suite 4
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Trescot Gear
Mailing address:
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jun 30, 2023
_____

*s/ J. Conway*
_____  _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Quanisha Barfield | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Affirm, Inc.; Healthcare Revenue Recovery Group, LLC dba | ) |
| Account Resolution Services; TD Bank USA, N.A. Opportunity | ) |
| Financial, LLC; Equifax Information Services, LLC; Experian | ) |
| Information Solutions, Inc.; and TransUnion, LLC | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. **23-22449-CIV-GAYLES**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TD Bank USA, N.A.
2035 Limestone Rd
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Trescot Gear
Mailing address:
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ J. Conway*

Deputy Clerk
U.S. District Courts

Date:  Jun 30, 2023
_____

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Quanisha Barfield | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. **23-22449-CIV-GAYLES** |
| v. | ) | |
| Affirm, Inc.; Healthcare Revenue Recovery Group, LLC dba | ) | |
| Account Resolution Services; TD Bank USA, N.A. Opportunity | ) | |
| Financial, LLC; Equifax Information Services, LLC; Experian | ) | |
| Information Solutions, Inc.; and TransUnion, LLC | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Equifax Information Services LLC
c/o Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Trescot Gear
Mailing address:
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jun 30, 2023
_____

*s/ J. Conway*
_____

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Quanisha Barfield | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. **23-22449-CIV-GAYLES** |
| Affirm, Inc.; Healthcare Revenue Recovery Group, LLC dba Account Resolution Services; TD Bank USA, N.A. Opportunity Financial, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Experian Information Solutions, Inc.
c/o CT Corporation System
1200 South Pine Island Rd.
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Trescot Gear
Mailing address:
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jun 30, 2023

*s/ J. Conway*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Quanisha Barfield <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Affirm, Inc.; Healthcare Revenue Recovery Group, LLC dba <br> Account Resolution Services; TD Bank USA, N.A. Opportunity <br> Financial, LLC; Equifax Information Services, LLC; Experian <br> Information Solutions, Inc.; and TransUnion, LLC <br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **23-22449-CIV-GAYLES**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TransUnion, LLC
c/o Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Trescot Gear
Mailing address:
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jun 30, 2023
_____

*s/ J. Conway*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court