UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| Quanisha Barfield,<br><br>    Plaintiff,<br><br>v.<br><br>Affirm, Inc.; Healthcare Revenue Recovery Group, LLC dba Account Resolution Services; TD Bank USA, N.A. Opportunity Financial, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC<br><br>    Defendants. | No. 1:23-cv-22449-DPG<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |

Plaintiff Quanisha Barfield, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against remaining Defendants remain pending.

Dated: August 14, 2023

                McCarthy Law, PLC

                */s/ Trescot Gear*
                Gear Law, LLC
                1405 W. Swann Ave.
                Tampa, FL 33606

                Mailing Address:
                McCarthy Law, PLC

        4250 North Drinkwater Blvd, Suite 320
        Scottsdale, AZ  85251
        Telephone: (602) 456-8900
        Fax: (602) 218-4447
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Trescot Gear*